Lori L. McGowan (SBN 151729)
JOHNSON & FREEDMAN, LLC
1587 N.E. Expressway
Atlanta, GA 30329
Phone: 1-800-631-5131, Ext. 1546
Fax: 404-329-8312
Email: llmcgowan@jflegal.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA [SAN FRANCISCO]

| | |
|---|---|
| SUNTRUST BANK, | Case No. 3:09-cv-03380-EMC |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL BY CONSENT OF DEFENDANTS** |
| MATTHEW OLEHY, LAYNNA OLEHY | ORDER |
| Defendants. | |

Per Fed. R. Civ. P. 41, Plaintiff dismisses this action without prejudice by consent of the Defendants. The parties stipulate this dismissal does not constitute and will not operate as an adjudication upon the merits of any litigation pending between these parties in any court prior to today's date and that any prior pending litigation will continue unimpeded by this dismissal.

Respectfully submitted this 15th day of October, 2009

By:   */s/ Lori L. McGowan*
        Lori L. McGowan, SBN 151729
        JOHNSON & FREEDMAN, LLC
        Attorneys for Plaintiff

DISMISSAL                                 - 1-

```
              Consented to by:

              By:  /s/ Marc L. TerBeek_____
                   Marc L. TerBeek, SBN: 166098
                   Daniel Reuben Schwarz, SBN: 12898
                   LAW OFFICES OF MARC L. TERBEEK
                   2648 International Boulevard, Ste 115
                   Oakland, CA 94601
                   Phone: 510-689-0140
                   Fax: 510-689-0143
                   Email: terbeeklaw@gmail.com
                   Attorneys for Defendants
```

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate



DISMISSAL                               - 2-